STATE OF NEW JERSEY v. AUGUSTUS STRAWTHERS.

May 28, 1980.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT K. DAYE.

May 28, 1980.

Petition for certification denied.

KARL R. SCHROTH v. DEPARTMENT OF ENVIRONMENTAL
PROTECTION OF THE STATE OF NEW JERSEY.

May 28, 1980.

Petition for certification denied.